BENJAMIN C. MIZER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
ELIZABETH J. STEVENS
Assistant Director
EREZ REUVENI
Senior Litigation Counsel
KATHERINE J. SHINNERS
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Email: Katherine.J.Shinners@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIEL CRUZ, | No. 3:15-cv-00134-SC |
| Plaintiff/Petitioner, | |
| vs. | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant/Respondent. | |

Defendant/Respondent United States Citizenship and Immigration Services ("USCIS") and Plaintiff/Petitioner Gabriel Cruz (together, the "Parties"), by and through counsel, hereby stipulate, subject to the approval of the Court, to the following:

STIPULATION TO EXTEND TIME
No. 3:15-CV-00134-SC

WHEREAS, Mr. Cruz filed his original petition for review of his naturalization application on January 9, 2015 (ECF No. 1), and filed an amended petition on February 5, 2015 (ECF No. 10, "Petition");

WHEREAS, the United States Attorney was first served with the Petition and Summons on February 13, 2015; accordingly, the current deadline under Fed. R. Civ. P. 12(a)(2) for USCIS to respond to the Petition is April 14, 2015;

WHEREAS, USCIS anticipates filing a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) in response to the Petition;

WHEREAS, counsel for USCIS has requested, and counsel for Mr. Cruz has agreed to, additional time to file its response to the Petition so that undersigned counsel for USCIS may coordinate with the agency to adequately prepare the arguments in support of its motion to dismiss; and

WHEREAS, the Case Management Conference is currently scheduled for April 17, 2015, and the Parties' Joint Case Management Statement is due on April 10, 2015, *see* ECF No. 11;

WHEREAS, the Parties agree that, if the Court approves, postponing the Case Management Conference to allow the Parties to confer regarding case management after the motion to dismiss has been filed, will likely result in a more efficient use of the Parties' and the Court's resources;

The Parties respectfully request that the Court:

1. Extend the deadline for USCIS to respond to the Petition to May 18, 2015; and
2. Continue the Case Management Conference until May 29, 2015, or to another date thereafter as is convenient for the Court, and continue the corresponding deadline for the filing of a Joint Case Management Statement.

**IT IS SO STIPULATED.**

DATED: April 7, 2015

STIPULATION TO EXTEND TIME
No. 3:15-CV-00134-SC

*For Defendant/Respondent*,

BENJAMIN C. MIZER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation

EREZ REUVENI
Senior Litigation Counsel
Office of Immigration Litigation

 /s/ *Katherine J. Shinners*
KATHERINE J. SHINNERS
Trial Attorney, District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Email: Katherine.J.Shinners@usdoj.gov


*For Plaintiff/Petitioner*,

 /s/ *Robert David Banker (with permission)*
ROBERT DAVID BAKER
Robert David Baker, Inc.
80 South White Road
San Jose, CA 95127
408-251-3400
Fax: 408-251-3401
Email: rbaker@rdblaw.net


      Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 9, 2015                 _____
                                                HON. SAMUEL CONTI
                                                United States District Judge