**ROBERT DAVID BAKER, INC.**
Robert David Baker, Esq. (87314)
80 South White Road
San Jose, CA  95127
(408) 251-3400 telephone
(408) 251-3401 facsimile

**Attorney for Petitioner
GABRIEL CRUZ**

**KATHERINE J. SHINNERS**
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8259
Email: Katherine.J.Shinners@usdoj.gov

**Attorney for Defendant,
USCIS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### [IMMIGRATION MANDAMUS CASE]

| | |
|---|---|
| **GABRIEL CRUZ,**<br><br>    Plaintiff/Petitioner,<br><br>        vs.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br><br>    Defendant. | CASE NO:   C 15-00134-SC<br><br>**ORDER GRANTING REQUEST TO VACATE HEARING ON DEFENDANT'S FRCP 12(b)(6) MOTION AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Cruz v USCIS; C 15-00134-SC
Order Granting Request to Vacate Hearing on Defendant's FRCP 12(b)(6)
Motion and to Continue Case Management Conference
- 1

1  Based upon the stipulation of the parties,

2  AND FOR GOOD CAUSE APPEARING, the hearing date of June 26, 2015 for

3  Defendant's FRCP 12(b)(6) motion is hereby vacated.  The case management conference set for

4  June 26, 2015 is vacated and reset for July 31, 2015, at ~~9:00 a.m.~~ `10:00 a.m.`

5  IT IS SO ORDERED.

7  Dated: June __11__, 2015

*[signature: Samuel Conti]*

Honorable Samuel Conti

Cruz v USCIS; C 15-00134-SC
Order Granting Request to Vacate Hearing on Defendant's FRCP 12(b)(6)
Motion and to Continue Case Management Conference
- 2